### 6273.   DAVIS *et al. v.* THE STATE.

RUSSELL, C. J.   The majority of the court are of the opinion that the evience fully authorized the conviction of both of the defendants, and that the trial was free from error.   So far as the defendant Amos Davis is concerned, I concur in this judgment, though with some doubt as to the sufficiency of the testimony.   As to the defendant Starke, it is my opinion that the evidence (being entirely circumstantial) was by no means legally sufficient to have warranted a jury in finding, to the exclusion of any other reasonable hypothesis, that the accused was guilty. *Judgment affirmed.   Russell, C. J., dissents as to the defendant Claude Starke.*

DECIDED SEPTEMBER 2, 1915.

Accusation of keeping liquor, etc.; from city court of Houston county—Judge Riley.   November 30, 1914.

*C. L. Shepard,* for plaintiffs in error.

*R. E. Brown, solicitor,* contra.

---

### 5911.   CITY OF ROME *v.* RAGAN.

WADE, J.   1. There was evidence supporting the verdict.
2. It does not appear from either of the two grounds of the amendment to the motion for a new trial that the cause of the movant was sufficiently prejudiced to have required the grant of a new trial; and the rulings of the court are not, for the reasons stated, erroneous.

*Judgment affirmed.*

DECIDED SEPTEMBER 3, 1915.

Action for damages; from city court of Floyd county—Judge Reece.   June 18, 1914.

*Max Meyerhardt,* for plaintiff in error.

*Lipscomb & Willingham, Nathan Harris,* contra.